**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE MIDDLE DISTRICT OF TENNESSEE**

IN RE:  
STANLEY TERREL SMITH  
1006 ASBURY AVENUE  
NEW JOHNSONVILLE, TN  37134

Case No.04-07000-MH3-13  
JUDGE MARIAN F HARRISON  
DATE:  August 20, 2010

**TRUSTEE'S REPORT OF UNCLAIMED MONIES**

In compliance with 11 U.S.C. §347 and Rule 3011 of the Bankruptcy Rules, the following payee(s) are entitled to dividends or other monies which have remained unclaimed for at least ninety(90) days after a final dividend has been declared and distributed herein.  Included with this filing, is the sum of **$1000.00** payable to the Clerk, U.S. Bankruptcy Court covering such unclaimed monies.

| NAME OF PAYEE(s) | LAST KNOWN ADDRESS | AMOUNT |
|---|---|---|
| **STANLEY TERREL SMITH** | **1006 ASBURY AVENUE**<br>**NEW JOHNSONVILLE, TN  37134** | **$1000.00** |

Respectfully submitted,

/s/ Henry E. Hildebrand, III  
HENRY E. HILDEBRAND, III  
CHAPTER 13 TRUSTEE  
P O BOX 190664  
NASHVILLE, TN  37219-0664  
PHONE:  615-244-1101  
FAX: 615-242-3241  
pleadings@ch13nsh.com